A93A0436. STATE OF GEORGIA v. POSTELL.
(448 SE2d 92)

POPE, Chief Judge.

This court having entered a judgment in the above-styled case at 209 Ga. App. 462 (433 SE2d 588) (1993) reversing the judgment of the trial court, and the judgment of this court having been reversed on certiorari by the Supreme Court at 264 Ga. 249 (443 SE2d 628) (1994) judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Birdsong, P. J., and Andrews, J., concur.*

DECIDED AUGUST 15, 1994.

*Michael C. Eubanks, District Attorney, Richard E. Thomas, Scott A. Drake, Assistant District Attorneys,* for appellant.
*Christopher G. Nicholson,* for appellee.